UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DEEP VEIN THROMBOSIS LITIGATION<br><br>This Document Relates to:<br>*Plotkin v. British Airways*, C 03-3242<br>*Conte. v. British Airways* C 05-1320<br>*Klonoski v. British Airways* C 05-2476<br>*Biswas v. British Airways* C 05-1895<br>*Menditto v. British Airways* 04-04896 | MDL No. 04-1606 VRW<br><br>ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [~~PROPOSED~~] |

On August 2, 2006, Clyde & Co US LLP filed with this Court a Notice of Substitution of Attorney on behalf of defendant British Airways PLC. After consideration of the Notice of Substitution of Attorney submitted by counsel, the Court orders that:

//

//

//

//

//

//

ORDER APPROVING REQUEST OF SUBSTITUTION OF ATTORNEY [PROPOSED]

1     Request of defendant British Airways PLC to substitute Clyde & Co US
2 LLP as its attorneys of record in place and stead of Condon & Forsyth LLP is
3 hereby approved.

5 IT IS SO ORDERED.

7 DATED: _____8/21/_____, 2006      _____
8     HONORABLE VAUGHN R WALKER
    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*